THE PEOPLE OF THE STATE OF NEW YORK v. JOHN PALM, Defendant.— Motion to dismiss appeal from an order of Montgomery County Court (entered in the clerk's office of said county September 26, 1938), granted on the ground that said order is an order in the action, and, therefore, is not appealable, and is reviewable only on an appeal from the final judgment. Present — Hill, P. J., Rhodes, McNamee, Bliss and Heffernan, JJ.

NELLIE WALEK, as Administratrix, etc., of ANDREW WALEK, Appellant, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Respondent.— Motion for leave to prosecute appeal as a poor person denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WILCZPOLSKI, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, N. Y., Respondent.— Motion for leave to appeal to the Appellate Division on typewritten papers granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

VITO MECCIA, Plaintiff, v. EDITH M. GRAY, Also Known as EDITH M. O'NEIL, Individually and as Executrix, etc., of NELLIE GRAY, Deceased, Defendant.— Motion by the defendant for stay denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

J. J. CHAPMAN, Respondent, v. JOHN DOE, True Name Unknown, as President, C. B. WESSELS, Individually and as Business Agent, etc., of Chauffeurs Union, Local No. 693, etc., and Others, Appellants. JOHN J. SWEENEY, Respondent, v. JOHN DOE, True Name Unknown, as President, C. B. WESSELS, Individually and as Business Agent, etc., of Chauffeurs Union, Local No. 693, etc., and Others, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

CONSOLIDATED WATER COMPANY OF UTICA, N. Y., Respondent, v. MILO R. MALTBIE and Others, as Commissioners, and Constituting the Public Service Commission (State Division, Department of Public Service) of the State of New York, Appellants.— It appearing from the papers on file in the court that the questions involved in the action have become academic, plaintiff's motion to dismiss the appeal is, therefore, granted. The order of dismissal is without prejudice to the right of defendants to apply for the reinstatement of such appeal if changed conditions should render such a course advisable. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.